**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN (COLUMBUS) DIVISION**

| | |
|---|---|
| Brian Garrett,<br>Edward Gonzales,<br>Kent Kilgore,<br>Adam Plouse, and<br>John Does 1-35, individually and<br>on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>The Ohio State University,<br><br>   Defendant. | <br><br><br><br><br><br><br><br>Civil Case 2:18-cv-00692-MHW-EPD<br><br><br><br>**CLASS ACTION** |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**

  Please take notice that effective April 01, 2020, Sharp Barton, LLP changed its name to Sharp Law, LLP and changed its email addresses. Please update your records to reflect the new firm name and email addresses for Plaintiffs' counsel as shown in the signature block below. The mailing address remains the same. The contact information for co-counsel remains the same.

              Respectfully submitted,

              /s/ *Simina Vourlis*
              Simina Vourlis
              (Trial Attorney) #0046689
              The Law Office of Simina Vourlis
              856 Pullman Way
              Columbus, OH 43212
              (614) 487-5900
              (614) 487-5901 fax
              svourlis@vourlislaw.com

SHARP LAW, LLP
Rex A. Sharp, *admitted PHV*
Ryan C. Hudson, *admitted PHV*
Larkin E. Walsh, *admitted PHV*
Sarah T. Bradshaw, *admitted PHV*
5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rhudson@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing document was filed and served, via the Court's CM/ECF system on March 31, 2020, on all counsel of record.

By: */s/ Simina Vourlis*
Attorney for Plaintiffs